943 A.2d 850

IN THE MATTER OF JACK L. WOLFF, AN ATTORNEY
AT LAW (ATTORNEY NO. 263101970).

March 20, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–277, concluding that **JACK L. WOLFF** of **PARSIPPANY,** who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.15(b) (failure to promptly deliver funds to clients or third parties), and *RPC* 1.15(d) and *Rule* 1:21–6 (record-keeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to submit quarterly trust account reconciliations to the Office of Attorney Ethics for a period of two years;

And good cause appearing; It is ORDERED that **JACK L. WOLFF** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney trust account for a period two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.